UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY MORRIS,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No.: No. EDCV04-894-JWJ<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that counsel for Plaintiff, as assignee of the Plaintiff, is awarded attorney fees under the Equal Access to Justice Act in the amount of THREE THOUSAND SEVEN HUNDRED DOLLARS AND NO/ CENTS ($3,700.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action in accordance with 28 U.S.C. § 2412 (d) and subject to the terms of the Stipulation.

DATED: June 27, 2008     _____/ S /_____
                                               Jeffrey W. Johnson
                                       United States Magistrate Judge